| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br>Zagel, James B | 2. Court or Organization<br>U.S. District Court No. Ill. | 3. Date of Report<br>4/27/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge, Active | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date<br><br>○ Initial  ● Annual  ○ Final | 6. Reporting Period<br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br>219 S. Dearborn<br>Room 2588<br>Chicago, IL 60604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE  - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Abe Samuels Family Trust |

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE  - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED May 17 11 52 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE  - (No reportable non-investment income.

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | Putnam - Book Royalties | 1051.00 |
| 2. | | Foundation Press - Book Royalties | 5349.00 |
| 3. | | EP Talent Services - Actor's Royalties (1989 work) | 90.00 |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | Altheimer & Gray  - Law Practice Fees |
| 2. | | Organic, Inc. - Wages |
| 3. | | Atrion Corporation - Director's Fees |
| 4. | | Grant Thornton - Partnership Income |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Zagel, James B | 4/27/2004 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Atrion Corp | ▉Work Travel Expense Reimbursement |
| 2. | Altheimer & Gray | ▉Work Travel Expense Reimbursement |
| 3. | Grant Thornton | ▉Work Travel Expense Reimbursement |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | Union League Club | Guest Privileges | $1,056 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zagel, James B | 4/27/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. M.O.N.Y. Policy Value | B | Dividend | L | T | | | | | |
| 2. Northern Trust Accts. | A | Interest | K | T | | | | | |
| 3. Farm Land Washington/Clinton Counties Ill. | C | Rent | K | W | | | | | |
| 4. Grant Thornton 401(k) | A | Dividend | J | T | Opened | 12/1 | | | |
| 5. Northwestern Mut. Life Ins. Policy | A | Dividend | J | T | | | | | |
| 6. New York Life Ins. Pol. | A | Dividend | J | T | | | | | |
| 7. Country Cos. Life Pol. | A | Dividend | J | T | | | | | |
| 8. Transamer. Life Pol. Val. | | None | K | T | | | | | |
| 9. Transamer. Life Pol. Val. | | None | K | T | | | | | |
| 10. Prudential Life Ins. | | Dividend | J | T | | | | | |
| 11. Metropolitan Life Ins. | A | Dividend | J | T | | | | | |
| 12. Equitable Life | A | Dividend | K | T | | | | | |
| 13. Bear Stearns & Co. Acct. | | None | J | T | | | | | |
| 14. Bear Stearns & Co. Acct. | | None | J | T | | | | | |
| 15. Andrew/ANDW | | None | J | T | | | | | |
| 16. Andrew/ANDW | | None | J | T | | | | | |
| 17. TEMFX | A | Distribution | J | T | Reinv | 12/31 | J | | |
| 18. TEMFX | A | Distribution | J | T | Reinv | 12/31 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 E = $15,001-$50,000 |
| | F = $50,00 -$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market |
| | U = Book Value | V = Other | W = Estimated | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zagel, James B | 4/27/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. GABVX | A | Distribution | K | T | | | | | |
| 20. GABVX | A | Distribution | K | T | | | | | |
| 21. DIS | A | Dividend | J | T | | | | | |
| 22. DIS | A | Dividend | J | T | | | | | |
| 23. FRE | A | Dividend | | | Sold | 12/12 | K | D | |
| 24. FRE | A | Dividend | | | Sold | 12/12 | K | D | |
| 25. KO | A | Dividend | K | T | | | | | |
| 26. KO | A | Dividend | K | T | | | | | |
| 27. PFE | C | Dividend | M | T | AcquireExch | 4/16 | J | | |
| 28. PFE | C | Dividend | M̄ | T | AcquireExch | 4/16 | J | | |
| 29. SAG Pension Plan | A | Interest | J | T | | | | | |
| 30. Pharmacia - PHA | A | Dividend | J | T | Exch PFE | 4/16 | J | A | |
| 31. Pharmacia - PHA | A | Dividend | J | T | Exch PFE | 4/16 | J | A | |
| 32. CP | A | Dividend | J | T | | | | | |
| 33. CP | A | Dividend | J | T | | | | | |
| 34. CP Ships - TEU | A | Dividend | J | T | | | | | |
| 35. CP Ships - TEU | A | Dividend | J | T | | | | | |
| 36. Solectron - SLR | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

# FINANCIAL DISCLOSURE REPORT
## Page 3 of 7

Name of Person Reporting

Zagel, James B

Date of Report

4/27/2004

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Fairmont Hotels -FHR | A | Dividend | J | T | | | | | |
| 38. Fairmont Hotels - FHR | A | Dividend | J | T | | | | | |
| 39. Fording Inc. - FDG | | None | | | Sold | 3/6 | J | B | |
| 40. Fording Inc. - FDG | A | Dividend | J | T | | | | | |
| 41. Encana - ECA (formerly PCX) | A | Dividend | K | T | | | | | |
| 42. Encana - ECA (formerly PCX) | A | Dividend | K | T | | | | | |
| 43. Dell | | None | J | T | | | | | |
| 44. MK Limited Partners | | None | L | T | | | | | |
| 45. I AM A CONTINGENT BENEFICIARY OF ABE SAMUELS FAMILY TRUST | | | | | | | | | |
| 46. Assets of Trust: Total value of all assets listed | | | | | | | | | |
| 47. My estimated share is 9.1%: | | | | | | | | | |
| 48. Bank Accounts: Harris Trust Chk./Int. | A | Interest | J | T | | | | | |
| 49. Maple Publishing Co. | A | Interest | J | W | | | | | |
| 50. Bear Stearns IRA | A | Dividend | | | | | | | |
| 51. Dreyfus Money Market | B | Dividend | N | T | | | | | |
| 52. Dreyfus Money Market | | None | | | | 1/30 | K | | To line 51 |
| 53. Dreyfus Money Market | | None | | | | 1/30 | K | | To line 51 |
| 54. Dreyfus Money Market | | None | | | | 1/30 | N | | To line 51 |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)  U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Zagel, James B | 4/27/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. AT&T Capitol-notes | A | Interest | J | T | | | | | |
| 56. Pfizer - PFE | A | Dividend | J | T | Exch PHA | 4/16 | J | | |
| 57. Pharmacia - PHA | A | Dividend | | | Exch PFE | 4/16 | J | | |
| 58. CP | A | Dividend | J | T | | | | | |
| 59. CP Ships - TEU | A | Dividend | J | T | | | | | |
| 60. Fording Inc. - FDG | A | Dividend | J | T | | | | | |
| 61. Fairmont Hotels-FHR | A | Dividend | J | T | | | | | |
| 62. Fording Inc. - FDG ● | A | Dividend | J | T | | | | | |
| 63. Encana - ECA (formerly PCX) | A | Dividend | J | T | | | | | |
| 64. Oracle - ORCL ● | | None | J⁻ | T | | | | | |
| 65. End of IRA | | | | | | | | | |
| 66. Dreyfus Money Market | B | Dividend | M | T | | | | | |
| 67. HD | A | Dividend | K | T | | | | | |
| 68. HD ● | A | Dividend | K | T | | | | | |
| 69. WAG | A | Dividend | K | T | | | | | |
| 70. WAG ● | A | Dividend | K | T | | | | | |
| 71. Gillette/G ● | A | Dividend | K | T | | | | | |
| 72. Gillette/G | A | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Zagel, James B | 4/27/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34–57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. PG | A | Dividend | K | T | | | | | |
| 74. PG (●) | A | Dividend | K | T | | | | | |
| 75. Ill Hsg Dev Auth Rev Bonds | A | Interest | J | T | | | J | A | |
| 76. Ill Hsg Dev Auth Rev Bonds (●) | A | Interest | J | T | Redempt | 11/03 | J | A | |
| 77. N.C. Hsg Fin Agy (●) | A | Interest | J | T | Redemp | 6/02 | J | A | |
| 78. TENN HDA-Bond | A | Interest | J | T | Redemp | 11/03 | J | A | |
| 79. South Dakota HDA-Bond | A | Interest | J | T | Redemp | 4/15 | J | A | |
| 80. South Dakota HDA-Bond (●) | A | Interest | J | T | Redemp | 4/15 | J | A | |
| 81. Wyeth - WYE (formerly AHP) | A | Dividend | K | T | | | | | |
| 82. Wyeth - WYE (formerly AHP) | A | Dividend | K | T | | | | | |
| 83. UTX | A | Dividend | J | T | | | | | |
| 84. UTX (●) | A | Dividend | J | T | | | | | |
| 85. General Electric-GE | A | Dividend | K | T | | | | | |
| 86. General Electric-GE (●) | A | Dividend | K | T | | | | | |
| 87. Nevada H.D. - Bond | A | Interest | J | T | | | | | |
| 88. Chicago G/O Park Dist Bond | B | Interest | K | T | | | | | |
| 89. Illinois G/O Fin Auth Bond | B | Interest | K | T | | | | | |
| 90. Illinois G/O Fin Auth Bond (●) | B | Interest | K | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zagel, James B | 4/27/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. MONY | | None | J | T | | | | | |
| 92. Bear Stearns Account | A | Interest | K | T | | | | | |
| 93. Pepco Holdings POM | B | Dividend | K | T | | | | | |
| 94. First Energy - FE | B | Dividend | K | T | | | | | |
| 95. Scana Corp. | B | Dividend | | | Sold | 11/24 | K | 0 | |
| 96. Duff & Phelp Fund - DNP | B | Dividend | K | T | | | | | |
| 97. Fund Managed High Income - MHY | B | Dividend | K | T | | | | | |
| 98. Ill. HDA Bond 94 | B | Interest | K | T | Redemp | 2/03 | K | A | |
| 99. Ill HDA Bond 93 | B | Interest | K | T | Redemp | 11/03 | K | A | |
| 100. Ill HDA Multibond 93 | B | Interest | K | T | | | | | |
| 101. Lease of excess Berrien Cty, MI acreage to Leco Corp. | B | Rent | K | W | | | | | |
| 102. Fannie Mae - FNM | A | Dividend | K | T | | | | | |
| 103. Fannie Mae - FNM | A | Dividend | K | T | | | | | |
| 104. Time Warner - AOL | | None | J | T | | | | | |
| 105. Time Warner - AOL | | None | J | T | | | | | |
| 106. Ohio Hsg Fin Residential | B | Interest | K | T | | | | | |
| 107. Ohio Hsg Fin Residential | B | Interest | K | T | | | | | |
| 108. AT&T Wireless Services - AWE | | None | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Zagel, James B | 4/27/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 109. AT&T | A | Dividend | K | T | | | | | |
| 110. Comcast - CMCSA | | None | K | T | | | | | |
| 111. Schering-Plough | A | Dividend | | | sold | 7/10 | J | | |
| 112. Schering-Plough ▓ | A | Dividend | | | sold | 7/10 | J | | |
| 113. Monsanto | | None | | | sold | 1/10 | J | A | |
| 114. Monsanto ▓ | | None | | | sold | 1/10 | J | A | |
| 115. Smucker - SJM | A | Dividend | J | T | | | | | |
| 116. Smucker ▓ - SJM | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)


I participate in the Federal Thrift Savings Plan, but it is my understanding that this asset need not be listed.

All individual assets held in brokerage accounts are individually disclosed in report.

Part VII: I inadvertently failed to include in 2001 and 2002 reports of the investment in Schering Plough (SPG).  The report should have read:

2001:
SPG       A  Dividend  K  T  Buy  10/31  K
SPG       A  Dividend  K  T  Buy  10/31  K

2002:
SPG       A  Dividend  K  T
SPG       A  Dividend  K  T

I inadvertently failed to include two investments (Monsanto - MTC and JM Smuckers - SJM) acquired by spinoff in 2002.  The 2002 report should have read:

MTC       A  Dividend  J  T  Spinoff  8/14  J  From Pharmacia
MTC       A  Dividend  J  T  Spinoff  8/14  J  From Pharmacia

SJM       A  Dividend  J  T  Spinoff  6/03  J  From Procter & Gamble
SJM       A  Dividend  J  T  Spinoff  6/03  J  From Procter & Gamble

| Name of Person Reporting | Date of Report |
|---|---|
| Zagel, James B | 4/27/2004 |

CRTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if .ay) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ██████████████████████         Date 6 May 2004

NOTE: █████VIDUAL WHO K█████LY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJ█████CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544